ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

FEB 2 2 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM CHRISTOPHER GIBBS | Criminal Indictment<br><br>No. 2:17-CR-0005 |

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about February 2, 2017, in the Northern District of Georgia, the defendant, WILLIAM CHRISTOPHER GIBBS, did knowingly possess a biological agent and toxin, to wit, ricin, where such agent and toxin is a select agent for which the defendant had not obtained a registration required by regulations under section 351A(c) of the Public Health Service Act, in violation of

Title 18, United States Code, Section 175b(c).

A _____ TRUE _____ BILL

_____ /s/ _____
FOREPERSON

JOHN A. HORN
*United States Attorney*

/s/ RYAN K. BUCHANAN
RYAN K. BUCHANAN
*Assistant United States Attorney*
Georgia Bar No. 623388

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

2