U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. Atlanta

FEB 2 2 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Gainesville
(USAO: 2017R00093)

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

2:17-CR-0005

COUNTY NAME: Fannin        DISTRICT COURT NO.

MAGISTRATE CASE NO.

| X Indictment | Information | Magistrate's Complaint |
|---|---|---|
| DATE: February 22, 2017 | DATE: | DATE: |

UNITED STATES OF AMERICA
vs.
WILLIAM CHRISTOPHER GIBBS

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?    Yes    X No
Will the defendant be arrested pending outcome of this proceeding?    X Yes    No
Is the defendant a fugitive?    Yes    X No
Has the defendant been released on bond?    Yes    X No

Will the defendant require an interpreter?    Yes    X No

District Judge:

Attorney: Ryan K Buchanan
Defense Attorney: