IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

WILLIAM CHRISTOPHER GIBBS

Criminal Action No.
2:17-CR-00005

### Government's Motion for Detention

The United States of America, by counsel, John A. Horn, United States Attorney, and Ryan K Buchanan, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

**1. Eligibility of Case**

This case is eligible for a detention order because this case involves:

Any felony that is not otherwise a crime of violence but which involves the possession/use of a firearm, destructive device, or any other dangerous weapon;

A serious risk that the defendant will flee;

A serious risk that the defendant will obstruct or attempt to obstruct justice.

**2. Reason for Detention**

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

### 3. Time for Detention Hearing

The United States requests the Court conduct the detention hearing at initial appearance.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: March 21, 2017.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Richard Russell Federal Building<br>75 Ted Turner Drive S.W., Suite 600<br>Atlanta, Georgia 30303-3309<br>Phone: (404) 581-6000<br>Fax: (404) 581-6181<br>(404) 581-6217<br>ryan.buchanan@usdoj.gov | JOHN A. HORN<br>United States Attorney<br><br>/s/RYAN K BUCHANAN<br>Assistant United States Attorney<br>Ga. Bar No. 623388 |

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically sends electronic notification to the parties and counsel of record.

March 21, 2017

                              /s/RYAN K BUCHANAN
                              RYAN K BUCHANAN
                              Assistant United States Attorney