## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | WARRANT FOR ARREST | FILED IN CLERK'S OFFICE U.S.D.C. - Gainesville |
| vs. | | APR - 5 2017 |
| WILLIAM CHRISTOPHER GIBBS | CASE NO. 2:17-CR-005 | JAMES N. HATTEN, Clerk By: ___ Deputy Clerk |

To:   The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest William Christopher Gibbs and bring him forthwith to the nearest magistrate to answer a(n)

X Indictment    ☐ Information    ☐ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

Charging him with (brief description of offense): Prohibitions with Respect to Biological Weapons in violation of Title 18, United States Code, Section(s) 175b(c).

| | |
|---|---|
| J. CLAY FULLER | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | February 23, 2017   at   Gainesville, Georgia |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at  $_____    By: _____
                                    Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

3/21/17 Returned unex in lieu of writ from Fannin Co.

Date Received: 2-27-17

Date of Arrest: _____

Name and Title of Arresting Officer
by Thom Benton, USMS N/GA
Signature of Arresting Officer

#70713-019