✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>WILLIAM CHRISTOPHER GIBBS | **EXHIBIT AND WITNESS LIST**<br><br>Case Number: 2:17-CR-05-RWS-JCF |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| J. Clay Fuller | AUSA Ryan Buchanan | AFPD Natasha Perdew-Silas |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 8/15/2017 | Andy Ashley | Christina Klimenko |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/15/17 | | X | Copy of FBI Advice of Rights |
| 2 | | 8/15/17 | | X | Copy of cd containing interview of Deft. On 2/3/2017 |
| 3 | | 8/15/17 | | X | Copy of dashcam video of Fannin County traffic stop of Defendant |
| | 1 | 8/15/17 | X | | Copy of Report prepared by Special Agent Christopher Bower |
| | 2 | 8/15/17 | | X | Copy of body cam video (hospital surveillance) |
| | | | | | |
| | | | | | (Custody of Govt. Exhibits 2-3 and Deft. Exhibit 2 given to court reporter Andy Ashley |
| | | | | | to prepare transcripts of those exhibits) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages