# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.

WILLIAM CHRISTOPHER GIBBS,

Defendant.

CRIMINAL ACTION NO.
2:17-CR-5-RWS-JCF

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge J. Clay Fuller [Doc. No. 44]. No objections have been filed thereto. Having carefully reviewed the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 44] is hereby approved and adopted as the opinion and order of this Court. As such, Defendants' Motions [Doc. Nos. 12, 13, 14, and 26] are DENIED. The Court will set this case for trial by later order.

**SO ORDERED** this 23rd day of April, 2018.

RICHARD W. STORY
United States District Judge

AO 72A
(Rev.8/82)