FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

AUG 18 201?

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

United States of America

versus

William Christopher Gibbs

Criminal Action Number
2:17-CR-005-WCO-JCF

## Motion to Submit Evidence
## for the Defense

COMES NOW the defendant, William Christopher Gibbs in the above-styled matter and respectfully request this honorable Court submit the seizure release form for the 1997 Lincoln Town car signature series where no traces of ricin contamination where found by the Government or State and the vehicle was released to the public.

WHEREFORE, for the reasons set forth Defendant William Christopher Gibbs request to motion the Court to submit under defense exhibit the release form of the above description.

Respectfully submitted,
William Christopher Gibbs
Defendant

Natasha Pardew Silas
Attorney for Defendant
Suite 1500, Centennial Tower
101 Marietta Street, NW
Atlanta, Georgia 30303
404-688-7530
Georgia Bar Number 751970

## VERIFICATION AND CERTIFICATE OF SERVICE

This is to certify that I defendant William Christopher Gibbs this _30_ day of _July_, 2018 have certified, copied and mailed through the public notary the foregoing pleading to the United States Clerk of the Court for the northern district of Georgia Gainesville Division, the United States Attorneys Office of Ryan Buchanan, Esquire and to the Federal Defender Program, INC. to the Defence Attorneys Office of Natasha Perdew Silas to be filed. I expect that the Hall County Jails mail service and this system of method will find perfict service upon the Court and Government in the person on Ryan Buchanan, Esquire.

This _30th_ day of _July_ 2018

_Lisa Nichole Cantrell_

Certified and verified by Public Notary

_William C. Gibbs_