AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**NORTHERN** DISTRICT OF **GEORGIA**

UNITED STATES OF AMERICA

V.

WILLIAM CHRISTOPHER GIBBS

## EXHIBIT AND WITNESS LIST

Case Number: 2:17-CR-05-RWS-01

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Richard W. Story | Ryan Buchanan | Natasha Silas/Mille Dunn |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 09/05/2018 | Amanda Lohnaas | Stacey Kemp |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/5/2018 | Y | Y | Neel G. Barnaby, PhD CV |
| 2 | | 9/5/2018 | Y | Y | FBI Laboratory Report |
| | 1 | 9/5/2018 | Y | Y | 42 CFR 73.4 Regulation |
| | 2 | 9/5/2018 | Y | Y | 42 CFR 73.6 Regulation |
| | 3 | 9/5/2018 | Y | Y | 42 CFR 73.5 Regulation |
| X | | 09/05/18 | | | Witness: Neel G. Barnaby, PhD |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages