
### 1. [U.S. v. Heredia](#)
**United States Court of Appeals, Ninth Circuit.** | **April 30, 2007** | **483 F.3d 913** | **2007 WL 1239250** | **03-10585**

> CRIMINAL JUSTICE - Ignorance or Mistake. District court properly instructed jury on deliberate ignorance.

...one here, which lists only knowledge and intent. See, e.g., **18 U.S.C**. §§ **175b**(b)(1) "knows or has reasonable cause to believe" ), **175b**(b)(2) (same), 792 ( "knows, or has reasonable grounds to...

---


### 2. [Crooker v. Stewart](#)
**United States District Court, D. Maryland.** | **August 12, 2014** | **Not Reported in F.Supp.3d** | **2014 WL 3973926** | **CIV.A. ELH-13-3644**

> Petitioner Michael Crooker is a federal inmate incarcerated at the Federal Correctional Institution in Cumberland, Maryland ("FCI -Cumberland"), where he is serving a 15–year sentence. Crooker, who is self-represented, filed a petition for a writ of habeas corpus. In response, Warden Stewart, respondent, filed a motion to dismiss, or alternatively,...

...including: Count One, Mailing a Threatening Communication, in violation of **18 U.S.C**. **§** 876(c) ; Count Two, Threat to Use a Weapon of Mass Destruction, in violation of **18 U.S.C**. **§** 2332(a)(2)(A) **18 U.S.C**. **§** 2332(a)(2)(B) **18 U.S.C**. **§** 2332(a)(2)(D) , and **18 U.S.C**. **§**...

...20, 2011. He received 60 months incarceration for violation of **18 U.S.C**. **§** 876(c) (Mailing a Threatening Communication), and a consecutive sentence of 120 months incarceration for violation of **18 U.S.C**. **§ 175b**(c)(1) (Possession of Toxin Without Registration). Id., Ex. 1...

---


### 3. [Poett v. U.S.](#)
**United States District Court, District of Columbia.** | **September 29, 2009** | **657 F.Supp.2d 230** | **2009 WL 3088828** | **CIV.07-1374 (CKK)**

> ADMINISTRATIVE PRACTICE - Judicial Review. Record was insufficient for court review of constitutional challenge to agency denial of chemist's access to certain toxins.

...and Nationality Act ( 8 U.S.C. 1182(a)(3)(B)(vi) **18 U.S.C**. **§ 175b**(d)(2) If the Attorney General determines that an individual...

...or international terrorism or international crimes of violence," pursuant to **18 U.S.C**. **§ 175b** A.R. at 9–11. DSAT in turn notified the responsible...

...had been identified as a "restricted person," as defined in **18 U.S.C**. **§ 175b** 3 A.R. at 13. Although not referenced in the...

...two separate categories by indicating that a "restricted person" under **18 U.S.C**. **§ 175b** includes, inter alia, an individual who "has involvement with an...

---


### 4. [U.S. v. Tereshchuk](#)
**United States Court of Appeals, Fourth Circuit.** | **August 01, 2006** | **193 Fed.Appx. 188** | **2006 WL 2241357** | **05-4968**

---

Myron Tereshchuk pled guilty to one count of possession of a biological agent or toxin without registration and one count of possession of an unregistered destructive device, in violation of **18** U.S.C. § **175b**(c)(1); 26 U.S.C. § 5861(d) (2000). Tereshchuk was sentenced to a forty-one month term of imprisonment, to be served consecutively to an...

...of possession of an unregistered destructive device, in violation of **18 U.S.C**. § **175b**(c)(1) 26 U.S.C. §5861(d) (2000). Tereshchuk was...

### 5. Crooker v. Stewart
United States District Court, D. Maryland.   |   December 16, 2014   |   Not Reported in F.Supp.3d   |   2014 WL 7188783   |   CIV.A. ELH-14-1539



Michael Crooker, the self-represented petitioner, is a prisoner confined to the custody of the Federal Bureau of Prisons ("BOP") and currently assigned to the Federal Correctional Institution ("FCI") in Cumberland, Maryland. While Crooker was held at the Federal Medical Center, Devens ("FMC"), in Massachusetts,...

...18 U.S.C. § 876(c) (Mailing a Threatening Communication) and **18 U.S.C**. § **175b**(c)(1) (Possession of Toxin without Registration). ECF 4–2...

### 6. Crooker v. U.S.
United States District Court, D. Massachusetts.   |   July 23, 2014   |   Not Reported in F.Supp.3d   |   2014 WL 3699172   |   CIV.A. 13-30199-FDS



This dispute arises under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 2671–2680. Plaintiff Michael Alan Crooker has filed a complaint against the United States alleging malicious prosecution, negligence, and medical maltreatment by the United States Marshals Service ("USMS") and the United States...

...and possession of a toxin without registration in violation of **18 U.S.C**. § **175b**(c)(1) See United States v. Crooker, 3:07–cr...

### 7. Crooker v. Transportation Security Administration
United States District Court, D. Massachusetts.   |   July 26, 2018   |   --- F.Supp.3d ----   |   2018 WL 3589081   |   CV 18-30011-WGY

GOVERNMENT - Parties. Ex-convict, who worked as airport shuttle driver, alleged that his termination was causally connected to TSA wrongfully placing him on No Fly List.

...to an officer of the United States in violation of **18 U.S.C**. § 876(c) , a Class C felony, and (b) possession of an unregistered toxin in violation of **18 U.S.C**. § **175b**(c)(1) , a Class D felony. Id. The threatening communication...

### 8. United States v. Gibbs
United States District Court, N.D. Georgia, Gainesville Division.   |   March 14, 2018   |   Slip Copy   |   2018 WL 1916627   |   2:17-CR-00005-RWS-JCF

This case is before the Court on Defendant's Motion To Suppress Statements (Doc. 12), Motion To Suppress Evidence Resulting From Warrantless Seizure (Doc. 13), Motion To Suppress Evidence Resulting From

Unlawful HIPAA Disclosures (Doc. 14), and Motion To Suppress Evidence (Doc. 26). For the reasons discussed below, it is RECOMMENDED that...

...351A(c) of the Public Service Act, in violation of **18 U.S.C**. **§** **175b**(c) (Doc. 1). Defendant filed a motion to suppress evidence...

9. **U.S. v. McCaney**
United States Court of Appeals, Ninth Circuit. | April 24, 2006 | 177 Fed.Appx. 704 | 2006 WL 1068973 | 04-50578



CRIMINAL JUSTICE - Witnesses. Government made good faith effort to secure presence of federal agent as to excuse his failure to testify at trial.

...or in another manner that must be so read. E.g., **18 U.S.C**. §§3559(e) 924 (e)(2)(A), 924 (e)(2)(B), **175b**(d)(2)(B) 1030(e)(10) 3592(c) see also...